NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE IAN D. SMITH

---

2012-1344
(Serial No. 11/890,109)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## JUDGMENT

---

JOHN LOUIS CORDANI, Carmody & Torrance LLP, of New Haven, Connecticut, argued for appellant. Of counsel was FATIMA LAHNIN.

MARY L. KELLY, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for Director of the United States Patent and Trademark Office. With her on the brief were RAYMOND T. CHEN, Solicitor, and FRANCES M. LYNCH, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and SCHALL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 20, 2012         ___/s/ Jan Horbaly_____
Date                      Jan Horbaly
                          Clerk